United States District Court
for the District of New Jersey

_____

**TIMOTHY RITCHIE**

              Civil  No.  09-456

     Plaintiff

              Order of Reassignment

**APPLE INC., ET AL**

     Defendant
_____

It is on this 30th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Peter G. Sheridan.


                         S/Garrett E. Brown, Jr.
                    Garrett E. Brown, Jr., Chief Judge
                    United States District Court